United States District Court
Northern District of Ohio
Office of the Clerk
801 W. Superior Avenue
Cleveland, OH 44113

August 29, 2005

Eastern District of Louisiana
Office of the Clerk
500 Poydras Street, Ste. C-151
New Orleans, LA 70130

**MDL 1657 In re Vioxx Products Liability Litigation**

**Transfer of Civil Case(s)** **NDOH#** **EDLA#**
**SEE ATTACHED LIST**

Dear Sir/Madam:

Pursuant to Conditional Transfer Order (CTO-15) filed in the Northern District of Ohio on
August 5, 2005 enclosed cases are being transferred to the Eastern District of Louisiana.

You can access electronically filed documents on the internet at
http://ecf.ohnd.uscourts.gov,

Please acknowledge receipt of certified copy of complaint, MDL transfer order and docket
sheet for each case by returning a time-stamped copy of this memo in the enclosed envelope.

Sincerely,

Geri M. Smith, Clerk

By      Renee Schumitsh
        MDL Coordinator
        (216) 357-7017

## OHIO NORTHERN

| DIST. DIV. C.A. # | | | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|---|---|
| OHN | 1 | 05-1187 | Robert J. Nolan, et al. v. Merck & Co., Inc. | 05-3443 |
| OHN | 1 | 05-1198 | Cloteel J. Wade v. Merck & Co., Inc. | 05-3444 |
| OHN | 1 | 05-1201 | Connie T. White v. Merck & Co., Inc. | 05-3445 |
| OHN | 1 | 05-1205 | George Varouh v. Merck & Co., Inc. | 05-3446 |
| OHN | 1 | 05-1206 | Demetrios Kollias v. Merck & Co., Inc. | 05-3447 |
| OHN | 1 | 05-1210 | Beverly Williams v. Merck & Co., Inc. | 05-3448 |
| OHN | 1 | 05-1211 | Leroy Omerza, et al. v. Merck & Co., Inc. | 05-3449 |
| OHN | 1 | 05-1212 | Luis F. Tadrzak v. Merck & Co., Inc. | 05-3450 |
| OHN | 1 | 05-1213 | David E. Fender v. Merck & Co., Inc. | 05-3451 |
| OHN | 1 | 05-1214 | Dorothy Wiley v. Merck & Co., Inc. | 05-3452 |
| OHN | 1 | 05-1218 | Keith L. Jones, et al. v. Merck & Co., Inc. | 05-3453 |
| OHN | 1 | 05-1219 | Byron W. James, et al. v. Merck & Co., Inc. | 05-3454 |
| OHN | 1 | 05-1220 | Pamela S. Bentley, et al. v. Merck & Co., Inc. | 05-3455 |
| OHN | 1 | 05-1221 | Theodore J. Jenda, et al. v Merck & Co., Inc. | 05-3456 |
| OHN | 1 | 05-1222 | Andrew L. Barnes, et al . v. Merck & Co., Inc. | 05-3457 |
| OHN | 1 | 05-1225 | Darrek N. Norris, et al. v. Merck & Co., Inc. | 05-3458 |
| OHN | 1 | 05-1227 | Donald L. Moiser, et al. v. Merck & Co., Inc. | 05-3459 |
| OHN | 1 | 05-1228 | Ronald S. Barclay, et al. v. Merck & Co., Inc. | 05-3460 |
| OHN | 1 | 05-1230 | Paul Mundo, Jr., et al. v. Merck & Co., Inc. | 05-3461 |
| OHN | 1 | 05-1231 | Charlene Hutchings, et al. v. Merck & Co., Inc. | 05-3462 |
| OHN | 1 | 05-1232 | Robert C. Myers, et al. v. Merck & Co., Inc. | 05-3463 |
| OHN | 1 | 05-1233 | James Trusso, etc. v. Merck & Co., Inc. | 05-3464 |
| OHN | 1 | 05-1235 | Joseph Udovic, etc. v. Merck & Co., Inc. | 05-3465 |
| OHN | 1 | 05-1242 | Pamala S. Brewer v. Merck & Co., Inc. | 05-3466 |
| OHN | 1 | 05-1243 | Charles E. Reynolds, et al. v. Merck & Co., Inc. | 05-3467 |
| OHN | 1 | 05-1244 | Richard Pyne, et al. v. Merck & Co., Inc. | 05-3468 |
| OHN | 1 | 05-1245 | Richard A. Carle, et al. v. Merck & Co., Inc. | 05-3469 |
| OHN | 1 | 05-1246 | Linda E. Rader, et al. v Merck & Co., Inc. | 05-3470 |
| OHN | 1 | 05-1247 | Geraldine H. Butler, et al. v. Merck & Co., Inc. | 05-3471 |
| OHN | 1 | 05-1248 | Jackie L. Redinbaugh, et al. v. Merck & Co., Inc. | 05-3472 |
| OHN | 1 | 05-1249 | Johanna N. Risner v. Merck & Co., Inc. | 05-3473 |
| OHN | 1 | 05-1251 | John E. Feltovich, et al. v. Merck & Co., Inc. | 05-3474 |
| OHN | 1 | 05-1252 | Richard E. Farnsworth v. Merck & Co., Inc. | 05-3475 |
| OHN | 1 | 05-1253 | Estel C. Edwards, Sr. v. Merck & Co., Inc. | 05-3476 |
| OHN | 1 | 05-1254 | Mary Jane Gould, et al. v. Merck & Co., Inc. | 05-3477 |
| OHN | 1 | 05-1255 | Thomas Brant, et al. v. Merck & Co., Inc. | 05-3478 |
| OHN | 1 | 05-1256 | Elaine Pirtle, et al. v. Merck & Co., Inc. | 05-3479 |
| OHN | 1 | 05-1257 | Thomas Carroll, et al. v. Merck & Co., Inc. | 05-3480 |
| OHN | 1 | 05-1259 | Jeanette Danford, etc. v. Merck & Co., Inc. | 05-3481 |
| OHN | 1 | 05-1261 | Edna Gardner v. Merck & Co., Inc. | 05-3482 |
| OHN | 1 | 05-1262 | Byron Gilroy, etc. v. Merck & Co., Inc. | 05-3483 |

DIST. DIV. C.A. #              CASE CAPTION

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|-------|------|--------|--------------|---------------|
| OHN | 1 | 05-1263 | Donald N. Cheffo, et al. v. Merck & Co., Inc. | 05-3484 |
| OHN | 1 | 05-1265 | Roy L. Daniels, et al. v. Merck & Co., Inc. | 05-3485 |
| OHN | 1 | 05-1266 | Jean E. Price v. Merck & Co., Inc. | 05-3486 |
| OHN | 1 | 05-1267 | Richard E. Tate, et al. v. Merck & Co., Inc. | 05-3487 |
| OHN | 1 | 05-1268 | Nicolaos Halkiadakis, et al. v. Merck & Co., Inc. | 05-3488 |
| OHN | 1 | 05-1269 | Dolores A. Fetterman, et al. v. Merck & Co., Inc. | 05-3489 |
| OHN | 1 | 05-1270 | David Prince, et al. v. Merck & Co., Inc. | 05-3490 |
| OHN | 1 | 05-1271 | Joseph M. Strawser v. Merck & Co., Inc. | 05-3491 |
| OHN | 1 | 05-1272 | Nick W. Tenaglia, et al. v. Merck & Co., Inc. | 05-3492 |
| OHN | 1 | 05-1274 | Joyce D. Vlasek, et al. v. Merck & Co., Inc. | 05-3493 |
| OHN | 1 | 05-1275 | Jean M. Gasner v. Merck & Co., Inc. | 05-3494 |
| OHN | 1 | 05-1276 | Barbara Haselow, etc. v. Merck & Co., Inc. | 05-3495 |
| OHN | 1 | 05-1277 | Elizabeth Marcincin v. Merck & Co., Inc. | 05-3496 |
| OHN | 1 | 05-1281 | Robert Arnold, et al. v. Merck & Co., Inc. | 05-3497 |
| OHN | 1 | 05-1282 | Barbara J. Burger, et al. v. Merck & Co., Inc. | 05-3498 |
| OHN | 1 | 05-1283 | Nelson Fuentes, et al. v. Merck & Co., Inc. | 05-3499 |
| OHN | 1 | 05-1284 | Hazel Hollowell v. Merck & Co., Inc. | 05-3500 |
| OHN | 1 | 05-1285 | Mary L. Hall, et al. v. Merck & Co., Inc. | 05-3501 |
| OHN | 1 | 05-1286 | Jenny Clark, et al. v. Merck & Co., Inc. | 05-3502 |
| OHN | 1 | 05-1288 | Thomas R. Hughes, et al. v. Merck & Co., Inc. | 05-3503 |
| OHN | 1 | 05-1289 | Allayne J. Carte v. Merck & Co., Inc. | 05-3504 |
| OHN | 1 | 05-1291 | Giuseppe Immorlica, et al. v. Merck & Co., Inc. | 05-3505 |
| OHN | 1 | 05-1292 | Dorothea E. Small, et al. v. Merck & Co., Inc. | 05-3506 |
| OHN | 1 | 05-1294 | Rosemarie Hughes, et al. v. Merck & Co., Inc. | 05-3507 |
| OHN | 1 | 05-1295 | Joyce Copeland, et al. v. Merck & Co., Inc. | 05-3508 |
| OHN | 1 | 05-1296 | Lowell L. Staker v. Merck & Co., Inc. | 05-3509 |
| OHN | 1 | 05-1297 | Frederick D. Foutz v. Merck & Co., Inc. | 05-3510 |
| OHN | 1 | 05-1298 | Michael Dorney, et al. v. Merck & Co., Inc. | 05-3511 |
| OHN | 1 | 05-1299 | Joseph L. Dillon, et al. v. Merck & Co., Inc. | 05-3512 |
| OHN | 1 | 05-1301 | James Moore, Jr. v. Merck & Co., Inc. | 05-3513 |
| OHN | 1 | 05-1302 | Elizabeth Kilgore v. Merck & Co., Inc. | 05-3514 |
| OHN | 1 | 05-1303 | Michael E. Nolan, et al. v. Merck & Co., Inc. | 05-3515 |
| OHN | 1 | 05-1304 | Ernest N. Maxwell, et al. v. Merck & Co., Inc. | 05-3516 |
| OHN | 1 | 05-1305 | Gloria D. Clark, et al. v. Merck & Co., Inc. | 05-3517 |
| OHN | 1 | 05-1306 | Martha W. Ogle, et al. v. Merck & Co., Inc. | 05-3518 |
| OHN | 1 | 05-1307 | Tammy Kimble v. Merck & Co., Inc. | 05-3519 |
| OHN | 1 | 05-1308 | Marion D. Scott, et al. v. Merck & Co., Inc. | 05-3520 |
| OHN | 1 | 05-1310 | Rose J. Kolar, et al. v. Merck & Co., Inc. | 05-3521 |
| OHN | 1 | 05-1311 | Earl M. Devinney, et al. v. Merck & Co., Inc. | 05-3522 |
| OHN | 1 | 05-1323 | Sheryll R. Macon v. Merck & Co., Inc. | 05-3523 |
| OHN | 1 | 05-1324 | Joseph P. Wilson, et al. v. Merck & Co., Inc. | 05-3524 |
| OHN | 1 | 05-1328 | Dale E. Jackson, et al. v. Merck & Co., Inc. | 05-3525 |
| OHN | 1 | 05-1329 | Mary Kasony v. Merck & Co., Inc. | 05-3526 |
| OHN | 1 | 05-1331 | Gary R. Lindsey, et al. v. Merck & Co., Inc. | 05-3527 |
| OHN | 1 | 05-1332 | Hattie E. Loudermilk, et al. v. Merck & Co., Inc. | 05-3528 |
| OHN | 1 | 05-1334 | Ildiko P. White, et al. v. Merck & Co., Inc. | 05-3529 |
| OHN | 1 | 05-1336 | Dennis Wasson, et al. v. Merck & Co., Inc. | 05-3530 |
| OHN | 1 | 05-1338 | Viola Shannon, et al. v. Merck & Co., Inc. | 05-3531 |
| OHN | 1 | 05-1339 | Mable J. Taylor v. Merck & Co., Inc. | 05-3532 |
| OHN | 1 | 05-1340 | Valerie L. Wallace v. Merck & Co., Inc. | 05-3533 |
| OHN | 1 | 05-1341 | Charlene M. Sparren v. Merck & Co., Inc. | 05-3534 |
| OHN | 1 | 05-1342 | John D. Rose v Merck & Co., Inc. | 05-3535 |
| OHN | 1 | 05-1343 | Shirley Stalter, et al. v. Merck & Co., Inc. | 05-3536 |
| OHN | 1 | 05-1344 | Rodney Stevenson, Sr., et al. v. Merck & Co., Inc. | 05-3537 |
| OHN | 1 | 05-1345 | Edward Styka v. Merck & Co., Inc. | 05-3538 |
| OHN | 1 | 05-1346 | Thomas M. Sayman, et al. v. Merck & Co., Inc. | 05-3539 |
| OHN | 1 | 05-1347 | Norman D. Robinson, et al. v. Merck & Co., Inc. | 05-3540 |
| OHN | 1 | 05-1348 | Mary E. Rosato, et al. v. Merck & Co., Inc. | 05-3541 |
| OHN | 1 | 05-1572 | Frank P. Jones, et al. v. Merck & Co., Inc. | 05-3584 |
| OHN | 3 | 05-1287 | Boykin Barnett, et al. v. Merck & Co., Inc. | 05-3585 |
| OHN | 3 | 05-1300 | Antoinette R. Evancho, et al. v. Merck & Co., Inc. | 05-3586 |
| OHN | 4 | 05-1420 | William Sanko v. Merck & Co., Inc. | 05-3588 |

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|-------|------|--------|--------------|---------------|
| OHN | 1 | 05-1349 | Raymond Simonelli v. Merck & Co., Inc. | 05-3542 |
| OHN | 1 | 05-1350 | Sarah Roberts v. Merck & Co., Inc. | 05-3543 |
| OHN | 1 | 05-1351 | Russell Robinson, et al. v. Merck & Co., Inc. | 05-3544 |
| OHN | 1 | 05-1352 | Margaret Varsho, et al. v. Merck & Co., Inc. | 05-3545 |
| OHN | 1 | 05-1353 | Robert M. Hensler, et al. v. Merck & Co., Inc. | 05-3546 |
| OHN | 1 | 05-1356 | Edwin J. Stiffler, Sr. v. Merck & Co., Inc. | 05-3547 |
| OHN | 1 | 05-1357 | Glenn E. Smith v. Merck & Co., Inc. | 05-3548 |
| OHN | 1 | 05-1358 | William F. Saintenoy, et al. v. Merck & Co., Inc. | 05-3549 |
| OHN | 1 | 05-1362 | Oscar Williams, et al. v. Merck & Co., Inc. | 05-3550 |
| OHN | 1 | 05-1363 | Sam Rich, et al. v. Merck & Co., Inc. | 05-3551 |
| OHN | 1 | 05-1365 | Caroline J. Sanker, et al. v. Merck & Co., Inc. | 05-3552 |
| OHN | 1 | 05-1366 | Judith L. Ward, et al. v. Merck & Co., Inc. | 05-3553 |
| OHN | 1 | 05-1368 | Shirley Hensley, et al. v. Merck & Co., Inc. | 05-3554 |
| OHN | 1 | 05-1370 | Tawanda Demmings v. Merck & Co., Inc. | 05-3555 |
| OHN | 1 | 05-1371 | Richard Tock, et al. v Merck & Co., Inc. | 05-3556 |
| OHN | 1 | 05-1372 | Geraldine Mallory v. Merck & Co., Inc. | 05-3557 |
| OHN | 1 | 05-1373 | William S. Lederman v. Merck & Co., Inc. | 05-3558 |
| OHN | 1 | 05-1375 | Irene M. Lanese v. Merck & Co., Inc. | 05-3559 |
| OHN | 1 | 05-1376 | William T. Lemmon, et. al. v. Merck & Co., Inc. | 05-3560 |
| OHN | 1 | 05-1377 | Aldino O. Marini, et al. v. Merck & Co., Inc. | 05-3561 |
| OHN | 1 | 05-1378 | Russell R. Davidson, et al. v. Merck & Co., Inc. | 05-3562 |
| OHN | 1 | 05-1379 | Donald R. Crist, et al. v. Merck & Co., Inc. | 05-3563 |
| OHN | 1 | 05-1381 | David E. Lundgren, et al. v. Merck & Co., Inc. | 05-3564 |
| OHN | 1 | 05-1410 | Williard A. Facemire, et al. v. Merck & Co., Inc. | 05-3565 |
| OHN | 1 | 05-1421 | Albina J. Leonetti v. Merck & Co., Inc. | 05-3566 |
| OHN | 1 | 05-1430 | Stanton Lavelle, et al. v. Merck & Co., Inc. | 05-3567 |
| OHN | 1 | 05-1436 | Abraham A. Acoff, Sr. v. Merck & Co., Inc. | 05-3568 |
| OHN | 1 | 05-1439 | Aaron Dardzinski v. Merck & Co., Inc. | 05-3569 |
| OHN | 1 | 05-1441 | Lularene Benson v. Merck & Co., Inc. | 05-3570 |
| OHN | 1 | 05-1442 | Leona Adkins, et al. v. Merck & Co., Inc. | 05-3571 |
| OHN | 1 | 05-1443 | Henry Washington, et al. v. Merck & Co., Inc. | 05-3572 |
| OHN | 1 | 05-1445 | Luis Fussalva v. Merck & Co., Inc. | 05-3573 |
| OHN | 1 | 05-1447 | John J. Hatten, et al. v. Merck & Co., Inc. | 05-3574 |
| OHN | 1 | 05-1460 | Carl Burns v. Merck & Co., Inc., et al. | 05-3575 |
| OHN | 1 | 05-1461 | Keith A. Lange, et al. v. Merck & Co., Inc. | 05-3576 |
| OHN | 1 | 05-1462 | Hellen Sutton v. Merck & Co., Inc. | 05-3577 |
| OHN | 1 | 05-1463 | Virginia Bloomberg, et al v. Merck & Co., Inc. | 05-3578 |
| OHN | 1 | 05-1464 | Rosa Mizell v. Merck & Co., Inc. | 05-3579 |
| OHN | 1 | 05-1515 | Carol Moss, etc. v. Merck & Co., Inc. | 05-3580 |
| OHN | 1 | 05-1523 | Lee Johnson, et al. v. Merck & Co., Inc. | 05-3581 |
| OHN | 1 | 05-1524 | Marsha Moore, et al. v. Merck & Co., Inc. | 05-3582 |
| OHN | 1 | 05-1534 | Ethel M. Lowman v. Merck & Co., Inc. | 05-3583 |
| OHN | 1 | 05-1572 | Frank P. Jones, et al. v. Merck & Co., Inc. | 05-3584 |
| OHN | 3 | 05-1287 | Boykin Barnett, et al. v. Merck & Co., Inc. | 05-3585 |
| OHN | 3 | 05-1300 | Antoinette R. Evancho, et al. v. Merck & Co., Inc. | 05-3586 |
| OHN | 4 | 05-1420 | William Sanko v. Merck & Co., Inc. | 05-3587 |
| OHN | 4 | 05-1425 | Martin L. Malone, etc. v. Merck & Co., Inc. | 05-3588 |
| OHN | 4 | 05-1426 | Stephen J. Sopik v. Merck & Co., Inc. | 05-3589 |
| OHN | 4 | 05-1428 | Donna J. Tanferno, et al. v. Merck & Co., Inc. | 05-3590 |
| OHN | 4 | 05-1429 | Larry Rudell Walker v. Merck & Co., Inc. | 05-3591 |
| OHN | 4 | 05-1431 | Almajean Karlovic, et al. v. Merck & Co., Inc. | 05-3592 |
| OHN | 4 | 05-1432 | Raymond Ervin, Jr., et al. v. Merck & Co., Inc. | 05-3593 |
| OHN | 4 | 05-1433 | Matthew J . Pritchett, et al . v. Merck & Co., Inc. | 05-3594 |
| OHN | 4 | 05-1438 | Raymond J. Rubino, et al. v. Merck & Co., Inc. | 05-3595 |
| OHN | 4 | 05-1444 | Claude Tillery, et al. v. Merck & Co., Inc. | 05-3596 |
| OHN | 5 | 05-1435 | Shirley Belknap, et al. v. Merck & Co., Inc. | 05-3597 |
| OHN | 5 | 05-1437 | Nancy J. Kiger, et al. v. Merck & Co., Inc. | 05-3598 |
| OHN | 5 | 05-1440 | Harrison Sarver, et al. v. Merck & Co., Inc. | 05-3599 |